

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00837-CV

**IN RE** Lucille **CRAPPS** and Hunter Schuehle, Independent Co-Executors of the Estate of Van
L. Crapps, Deceased

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: March 27, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On September 12, 2023, relators filed a petition for writ of mandamus. The real party in

interest filed a response to which relators replied. After considering the petition, the real party in

interest's response, relators' reply, and the mandamus record, this court concludes relators are not

entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R.

App. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 9498, styled *In the Matter of the Estate of Van L. Crapps, Deceased*, pending
in the County Court at Law, Medina County, Texas, the Honorable Mark Cashion presiding.